UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ZEISS VISION INTERNATIONAL GMBH; CARL ZEISS VISION INC,<br><br>Plaintiffs,<br>v.<br>SIGNET ARMORLITE INC,<br>Defendant. | Civil No.   07-cv-0894-DMS (POR)<br><br>**ORDER RE JOINT MOTION FOR DISCOVERY**<br>**[Doc. No. 54]** |

On December 10, 2007, the Court held a Discovery Conference to resolve the parties' dispute presented in their December 7, 2007 Motion for Order on Discovery. Karineh Khachatourian and Eric Weisblatt appeared on behalf of Plaintiffs; John Wynne, Richard Schnurr, Brian Lum and Robert Shaughnessy appeared on behalf of Defendants.

The parties are in dispute as to the drafting of a Protective Order Regarding Confidential Information in this litigation. The parties seek to include in their protective order a category of "Qualified Persons" who are employees of the named parties and who shall be entitled to review information otherwise restricted to outside counsel. The dispute presented to the Court is specifically whether Karen Roberts, Director, New Business for Carl Zeiss Vision, shall be designated by Plaintiff as a Qualified Person, and whether she shall have access to information identified as "Confidential" or "Confidential - For Counsel Only" under the terms of the proposed protective order.

///

1 | The Court finds that access to trade secret or other confidential information designated as "Confidential - For Counsel Only" under the terms of the Protective Order shall be limited to outside counsel of record, outside counsel's support staff, outside independent experts or consultants. As Director, New Business for Carl Zeiss Vision, non-attorney Karen Roberts is not a person appropriately designated as a Qualified Person who shall have access to trade secret or other confidential information produced by Defendant in this litigation.

As for the parties' dispute whether persons currently employed by named parties shall have access to information identified as "Confidential" under the terms of the Protective Order, counsel for the parties are hereby ordered to meet and confer to designate certain persons currently employed by the named parties as "Qualified Persons" who shall be entitled to review information identified as "Confidential."

IT IS SO ORDERED.

DATED: December 12, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:      The Honorable Dana M. Sabraw
         all parties