CYRIL J. DANTCHEV (SBN 129585)
Email: cyril.dantchev@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone:   (619) 239-8700
Facsimile:    (619) 702-3898

ERIC H. WEISBLATT (*pro hac vice*)
Email: eweisblatt@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone:   (202) 719-7416
Facsimile:    (202) 719-7049

GEORGE A. HOVANEC, JR. (*pro hac vice*)
Email: george.hovanec@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314
Telephone:   (703) 836-6620
Facsimile:    (703) 836-2021

Attorneys for Plaintiffs and Counter-Defendants,
CARL ZEISS VISION INTERNATIONAL GMBH, CARL ZEISS VISION GMBH,
CARL ZEISS VISION, INC., CARL ZEISS STIFTUNG AND CARL ZEISS AG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ZEISS VISION INTERNATIONAL GMBH and CARL ZEISS VISION GMBH,<br><br>Plaintiffs,<br><br>vs.<br><br>SIGNET ARMORLITE, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07 CV 0894 DMS (POR)<br>[Related Case No. 09 CV 0657 DMS (POR)]<br><br>**PLAINTIFFS' AND COUNTER-DEFENDANTS NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT**<br><br>**Date:**    February 26, 2010<br>**Time:**   1:30 p.m.<br>**Dept:**   **Courtroom 10**<br>**Judge:**  Hon. Dana M. Sabraw<br><br>**Complaint Filed: April 1, 2009**<br>**Trial Date: April 26, 2010** |

PLAINTIFFS' AND COUNTER-DEFENDANTS NOTICE OF MOTION AND MOTION FOR SUMMARY
JUDGMENT OF NO INEQUITABLE CONDUCT                              CASE NO. 07 CV 0894 DMS (POR)

|     |     |
| --- | --- |
| 1   | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** |
| 2   | **PLEASE TAKE NOTICE THAT, on February 26, 2010, at 1:30 p.m.**, or as soon |
| 3   | thereafter as the matter may be heard in the above-captioned court, the Honorable Dana M. Sabraw |
| 4   | presiding, Plaintiffs and Counter-Defendants ("Plaintiffs" or "Zeiss") will move for an order |
| 5   | pursuant to Federal Rule of Civil Procedure 56 ("Rule 56") and applicable case law granting |
| 6   | summary judgment in favor of Zeiss as to Defendant and Counterclaim-Plaintiff Signet Armorlite, |
| 7   | Inc. ("Signet")'s inequitable conduct defenses and Count VIII counterclaim of its Answer. |
| 8   | This motion is made on the grounds that to be entitled to summary judgment on this issue, |
| 9   | Zeiss need only point out to the Court that there is an absence of the evidence required to support |
| 10  | the inequitable conduct allegations. Signet lacks any evidence -- let alone clear and convincing |
| 11  | evidence -- from which a reasonable fact finder could conclude that anyone withheld known, |
| 12  | material information with the specific intent to deceive the Patent Office. |
| 13  | Specifically, Signet lacks any evidence that an individual with a duty of disclosure under 37 |
| 14  | C.F.R. § 1.56 ("Rule 56") breached that duty, and cannot establish by clear and convincing evidence |
| 15  | that an individual with that duty "(1) made an affirmative misrepresentation of material fact, failed |
| 16  | to disclose material information, or submitted false material information, and (2) intended to |
| 17  | deceive the [PTO]." Therefore, the Court should enter summary judgment on Signet's unsupported |
| 18  | allegations. |
| 19  | This motion is based upon this Notice of Motion, and the Memorandum of Points and |
| 20  | Authorities in Support of Summary Judgment of No Inequitable Conduct filed |

1

PLAINTIFFS' AND COUNTER-DEFENDANTS NOTICE OF MOTION AND MOTION FOR SUMMARY
JUDGMENT OF NO INEQUITABLE CONDUCT                                CASE NO. 07 CV 0894 DMS

herewith, along with the pleadings and papers filed in this action, and upon any further and additional evidence and/or arguments that the Court may allow at the time of hearing.

DATED: January 27, 2010               BUCHANAN INGERSOLL & ROONEY LLP


/s/ Cyril J. Dantchev
By:   Cyril J. Dantchev
      George A. Hovanec, Jr.

WILEY REIN LLP
Eric H. Weisblatt

Attorneys for Plaintiffs and Counter-Defendants,
CARL ZEISS VISION INTERNATIONAL GMBH,
CARL ZEISS VISION GMBH, CARL ZEISS VISION,
INC., CARL ZEISS STIFTUNG AND CARL ZEISS AG