1 | CYRIL J. DANTCHEV (SBN 129585)
  | Email: cyril.dantchev@bipc.com
2 | BUCHANAN INGERSOLL & ROONEY LLP
  | 600 West Broadway, Suite 1100
3 | San Diego, CA 92101
  | Telephone: (619) 239-8700
4 | Facsimile: (619) 702-3898

5

  | Attorneys for Plaintiffs and Counter-Defendants,
6 | CARL ZEISS VISION GMBH, CARL ZEISS VISION INTERNATIONAL GMBH;
  | CARL ZEISS VISION, INC., CARL ZEISS STIFTUNG and CARL ZEISS AG
7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

| CARL ZEISS VISION GMBH and CARL ZEISS VISION INTERNATIONAL GMBH | Case 07 CV 0894 DMS (POR) [Related Case No. 09 CV 0657 DMS (POR) |
|---|---|
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | Judge: Hon. Dana M. Sabraw |
|  | Courtroom: 10 |
| SIGNET ARMORLITE, INC., | Complaint Filed: May 17, 2007 (07CV0894) |
| Defendant. |  April 1, 2009 (09CV0657) |
|  | Trial Date: April 26, 2010 |
| AND RELATED COUNTERCLAIMS |  |

CERTIFICATE OF SERVICE                               Case No. 07 CV 0894 DMS (POR)

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 600 West Broadway, Suite 1100, San Diego, CA 92101. On January 27, 2010, I served the within documents:

1. **PLAINTIFFS' AND COUNTER-DEFENDANTS NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT**

The following are those who are currently on the list to receive e-mail notices for this case:

- Cyril J. Dantchev
  cyril.dantchev@bipc.com

- Eric H. Weisblatt
  eweisblatt@wileyrein.com

- George A. Hovanec, Jr.
  george.hovanec@bipc.com

- Leigh Z. Callander
  leigh.callander@bipc.com

- S. Lloyd Smith
  lloyd.smith@bipc.com

- John C. Wynne
  wynne@dsmwlaw.com

- Brian J. Lum
  brian.lum@icemiller.com

- Richard A Schnurr
  richard.schnurr@icemiller.com

- Robert Martin Shaughnessy
  shaughnessy@dsmwlaw.com

- Kevin L. Wheeler
  wheeler@dsmwlaw.com

- Homer W. Faucett, III
  homer.faucett@icemiller.com

- Jennifer M. Dienes
  jennifer.dienes@icemiller.com

- 1 -

CERTIFICATE OF SERVICE                                           Case No. 07 CV 0894 DMS (POR)

- 2 -

1  ☒ **By electronic service.** I served the above named persons the above-listed document(s) electronically with the **United States District Court for the Southern District of California**, on January 27, 2010.

2

3  ☒ **BY E-MAIL:** I caused the above-entitled document(s) to be electronically served on designated recipient(s) on January 27, 2010.

4  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

5

6  Executed on January 27, 2010, at San Diego, California.

7  _____
   JACKIE FORJAIS

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

| CERTIFICATE OF SERVICE | Case No. 07 CV 0894 DMS (POR) |