# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ZEISS VISION INTERNATIONAL GMBH and CARL ZEISS VISION INC.,,<br><br>                                          Plaintiffs,<br>   vs.<br><br>SIGNET ARMORLITE, INC.,<br><br>                                          Defendant.<br>_____<br>AND ALL RELATED COUNTERCLAIMS. | CASE NO. 07cv0894 DMS (POR)<br><br>**ORDER OVERRULING DEFENDANT'S OBJECTIONS TO DECEMBER 1, 2009 DISCOVERY ORDER** |

      This case comes before the Court on Defendant's objection to Magistrate Judge Louisa S. Porter's December 1, 2009 Order Granting in Part and Denying in Part Joint Discovery Motion. Plaintiffs filed an opposition to Defendant's objection. Defendant filed an *ex parte* application to file a response to Plaintiffs' opposition, and Plaintiffs filed an opposition thereto. After reviewing these briefs, the Court overrules Defendant's objection, and denies Defendant's *ex parte* application to file a responsive brief.

      A magistrate judge's decision on a nondispositive issue is reviewed by the district court under the "clearly erroneous or contrary to law" standard. 28 U.S.C. § 636(b)(1)(A); *United States v. Raddatz*, 447 U.S. 667, 673 (1980); *Bhan v. NME Hospitals, Inc.*, 929 F.2d 1404, 1414 (9th Cir. 1991). "A finding is 'clearly erroneous' when although there is evidence to support it, the reviewing court

on the entire record is left with the definite and firm conviction that a mistake has been committed." *United States v. United States Gypsum Co.*, 333 U.S. 364, 395 (1948). In contrast, the "contrary to law" standard permits independent review of purely legal determinations by a magistrate judge. *See e.g., Haines v. Liggetts Group, Inc.*, 975 F.2d 81, 91 (3d Cir. 1992)*; Medical Imaging Centers of America, Inc. v. Lichtenstein*, 917 F.Supp. 717, 719 (S.D. Cal. 1996). Thus, the district court should exercise its independent judgment with respect to a magistrate judge's legal conclusions. *Gandee v. Glaser*, 785 F.Supp. 684, 686 (S.D. Ohio 1992).

Defendant's objection to the Magistrate Judge's Order does not establish that the Magistrate Judge's rulings were either clearly erroneous or contrary to law. Accordingly, the Court overrules Defendant's objection to the Magistrate Judge's Order.

**IT IS SO ORDERED**.

DATED: February 16, 2010

_____
HON. DANA M. SABRAW
United States District Judge