# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ZEISS VISION INTERNATIONAL GMBH and CARL ZEISS VISION INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SIGNET ARMORLITE, INC., <br><br> Defendant. <br> _____ <br> AND ALL RELATED COUNTERCLAIMS. | CASE NO. 07cv0894 DMS (POR) <br><br> **AMENDED ORDER CONSTRUING PATENT CLAIMS** |

After reviewing the parties' recently filed motions, the parties' supplemental briefs, and the evidence on file herein, the Court has determined that it is appropriate to reconsider its construction of the phrase "a few different radii," as found in Claim 6 of the '713 Patent. During the claim construction proceedings, it appeared the parties agreed that the phrase should be construed as "about ten different radii." The Court found support for that construction in the intrinsic evidence, and thus, adopted that construction as its own.

Upon reconsideration, the Court finds it would be erroneous to limit the phrase to "about ten different radii." Although there are several references to "about 10 different radii" throughout the patent, none of those reference, either alone or in combination, are sufficient to impose that numerical limitation on the claim. Rather, the Court finds that one of ordinary skill in the art, after reading the claims and consulting the intrinsic evidence, would construe the phrase "a few different radii"

according to its plain and ordinary meaning. The Court hereby amends its June 2, 2008 Order Construing Patent Claim to include this new construction.

**IT IS SO ORDERED**.

DATED: March 29, 2010

_____
HON. DANA M. SABRAW
United States District Judge