**FILED**

JUN 1 5 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___JK___ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ZEISS VISION INTERNATIONAL GMBH and CARL ZEISS VISION GMBH,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>SIGNET ARMORLITE, INC.,<br><br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 07 CV 0894 DMS (POR)<br><br>**JURY VERDICT FORM** |

Ladies and gentlemen of the jury, it is now your duty to answer the questions presented in this verdict form after due deliberation. Please answer the questions in the order in which they appear.

## PATENT INFRINGEMENT

1. Has Zeiss proven by a preponderance of the evidence that Signet has literally infringed the following claims of the '713 patent?

|  | "YES" is a finding for Zeiss | "NO" is a finding for Signet |
|---|---|---|
| Claim 1 |  |  |
| Claim 5 |  | X |
| Claim 6 |  |  |
| Claim 7 |  | X |

2. If you answered "no" for claim 5 or claim 7 in question 1, has Zeiss proven by a preponderance of the evidence that Signet has infringed the following claims of the '713 patent under the doctrine of equivalents?

|  | "YES" is a finding for Zeiss | "NO" is a finding for Signet |
|---|---|---|
| Claim 5 |  |  |
| Claim 7 |  | X |

## PATENT INVALIDITY

### Anticipation

3. Has Signet proven by clear and convincing evidence that one or more of the following claims of the '713 patent was anticipated?

|  | "YES" is a finding for Signet | "NO" is a finding for Zeiss |
|---|---|---|
| Claim 1 |  |  |
| Claim 5 |  | X |

| | | |
|---|---|---|
| Claim 6 | | |
| Claim 7 | | X |
| Claim 8 | | |

### Obviousness

4. Has Signet proven by clear and convincing evidence that one or more of the claims of the '713 patent would have been obvious to a person of ordinary skill in the field at the time the patent application was filed?

| | "YES" is a finding for Signet | "NO" is a finding for Zeiss |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |

### Enablement

5. Has Signet proven by clear and convincing evidence that one or more of the following claims of the '713 patent are invalid for failing to satisfy the enablement requirement?

| | "YES" is a finding for Signet | "NO" is a finding for Zeiss |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |

### Written Description

6. Has Signet proven by clear and convincing evidence that one or more of the following claims of the '713 patent are invalid for failure to satisfy the written description requirement?

|  | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |

### Indefiniteness

7. Has Signet proven by clear and convincing evidence that one or more of the following claims of the '713 patent are invalid for failure to satisfy the definiteness requirement?

|  | "YES" is a finding for Signet | "NO" is a finding for Zeiss |
|---|---|---|
| Claim 1 | | X |
| Claim 5 | | X |
| Claim 6 | | |
| Claim 7 | | X |
| Claim 8 | | X |

### Inventorship

8. Has Signet proven by clear and convincing evidence that the '713 patent is invalid due to improper inventorship?

Yes _____          No _____

### WILLFUL INFRINGEMENT

9. If you answered "yes" for any claim or claims in questions 1 or 2 and answered "no" to questions 3 through 8, has Zeiss proven by clear and convincing evidence that Signet willfully infringed the '713 patent?

"Yes" is a finding for Zeiss          "No" is a finding for Signet

Yes _____          No _____

## DAMAGES

10. If you answered "yes" for any claim or claims in questions 1 or 2 and answered "no" to questions 3 through 8, what is the amount of damages Signet should pay Zeiss for infringement of the '713 patent?  $_____

## CALIFORNIA UNFAIR COMPETITION

11. Has Signet proven by a preponderance of the evidence that any of the Zeiss entities that are parties to this lawsuit competed unfairly under common law?

   "Yes" is a finding for Signet        "No" is a finding for Zeiss

   Yes _____                          No _____

If you answered "yes" to question 11, which of the below Zeiss entities has engaged in unfair competition?

   _____ Carl Zeiss Vision International GmbH
   _____ Carl Zeiss Vision GmbH
   _____ Carl Zeiss Vision, Inc.
   _____ Carl Zeiss Stiftung
   _____ Carl Zeiss AG

12. If you answered "yes" to question 11, what is the amount of damages Zeiss should pay Signet for engaging in unfair competition?  $_____

13. If you answered "yes" to question 11, has Signet proven by clear and convincing evidence that Zeiss acted with malice, oppression, or fraud?

   "Yes" is a finding for Signet        "No" is a finding for Zeiss
   (Specify Zeiss entity or entities)

   Yes _____                          No _____

## FEDERAL UNFAIR COMPETITION

14. Has Signet proven by a preponderance of the evidence that any of the Zeiss entities that are parties to this lawsuit has violated the Federal Lanham Act?

   "Yes" is a finding for Signet        "No" is a finding for Zeiss

|   |   |
|---|---|
| Yes _____ | No __X__ |

If you answered "yes" to question 14, which of the below Zeiss entities has violated the Federal Lanham Act?

 _____ Carl Zeiss Vision International GmbH
 _____ Carl Zeiss Vision GmbH
 _____ Carl Zeiss Vision, Inc.
 _____ Carl Zeiss Stiftung
 _____ Carl Zeiss AG

15. If you answered "yes" to question 14, what is the amount of damages Zeiss should pay Signet for its violation of the Lanham Act? $ _____

**INTENTIONAL INTERFERENCE WITH PROSPECTIVE ADVANTAGE**

16. Has Signet proven by a preponderance of the evidence that any of the Zeiss entities which are parties to this lawsuit intentionally interfered with Signet's prospective economic relations?

"Yes" is a finding for Signet   "No" is a finding for Zeiss

Yes _____   No __X__

If you answered "yes" to question 16, which of the below Zeiss entities has interfered with Signet's prospective economic relations?

 _____ Carl Zeiss Vision International GmbH
 _____ Carl Zeiss Vision GmbH
 _____ Carl Zeiss Vision, Inc.
 _____ Carl Zeiss Stiftung
 _____ Carl Zeiss AG

17. If you answered "yes" to question 16, what is the amount of damages Zeiss should pay Signet for its interference? $ _____

18. If you answered "yes" to question 16, has Signet proven by clear and convincing evidence that Zeiss acted with malice, oppression, or fraud?

"Yes" is a finding for Signet   "No" is a finding for Zeiss
(Specify Zeiss entity or entities)

Yes _____   No _____

| | |
|---|---|
| 1 | **IMMUNITY (NOERR-PENNINGTON DEFENSE)** |
| 2 | 19.   Has Signet proven by clear and convincing evidence that Zeiss' patent infringement |
| 3 | lawsuit was objectively baseless? |
| 4 | "Yes" is a finding for Signet      "No" is a finding for Zeiss |
| 5 | Yes _____      No _____ |
| 6 | 20.   Has Signet proven by clear and convincing evidence that Zeiss' lawsuit was filed in |
| 7 | an attempt to harass or interfere indirectly with Signet's business rather than to obtain the relief |
| 8 | requested in the lawsuit? |
| 9 | "Yes" is a finding for Signet      "No" is a finding for Zeiss |
| 10 | Yes _____      No _____ |
| 11 | |
| 12 | Dated: 6-15-10 |
| 13 | _____ |
| 14 | Foreperson |