1
2
3
4
5
6
7

**FILED**

JUN 1 5 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   CARL ZEISS VISION INTERNATIONAL          Case No. 07 CV 0894 DMS (POR)
     GMBH and CARL ZEISS VISION GMBH,
12                                             **JURY VERDICT FORM**
                         Plaintiffs,
13
           v.
14
     SIGNET ARMORLITE, INC.,
15
                         Defendant.
16

17   AND RELATED COUNTERCLAIMS.

18
19
20
21
22
23
24
25
26
27
28

- 1 -

Ladies and gentlemen of the jury, it is now your duty to answer the questions presented in this verdict form after due deliberation.  Please answer the questions in the order in which they appear.

## PATENT INFRINGEMENT

1.     Has Zeiss proven by a preponderance of the evidence that Signet has literally infringed the following claims of the '713 patent?

|  | "YES" is a finding for Zeiss | "NO" is a finding for Signet |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | X |
| Claim 6 | | |
| Claim 7 | | X |

2.     If you answered "no" for claim 5 or claim 7 in question 1, has Zeiss proven by a preponderance of the evidence that Signet has infringed the following claims of the '713 patent under the doctrine of equivalents?

|  | "YES" is a finding for Zeiss | "NO" is a finding for Signet |
|---|---|---|
| Claim 5 | | |
| Claim 7 | | X |

## PATENT INVALIDITY

### Anticipation

3.   Has Signet proven by clear and convincing evidence that one or more of the following claims of the '713 patent was anticipated?

|  | "YES" is a finding for Signet | "NO" is a finding for Zeiss |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | X |

| | | |
|---|---|---|
| Claim 6 | | |
| Claim 7 | | X |
| Claim 8 | | |

### Obviousness

4. Has Signet proven by clear and convincing evidence that one or more of the claims of the '713 patent would have been obvious to a person of ordinary skill in the field at the time the patent application was filed?

| | "YES" is a finding for Signet | "NO" is a finding for Zeiss |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |

### Enablement

5. Has Signet proven by clear and convincing evidence that one or more of the following claims of the '713 patent are invalid for failing to satisfy the enablement requirement?

| | "YES" is a finding for Signet | "NO" is a finding for Zeiss |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |

### Written Description

6. Has Signet proven by clear and convincing evidence that one or more of the following claims of the '713 patent are invalid for failure to satisfy the written description requirement?

| | YES | NO |
|---|---|---|
| Claim 1 | | |
| Claim 5 | | |
| Claim 6 | | |
| Claim 7 | | |
| Claim 8 | | |

## Indefiniteness

7.  Has Signet proven by clear and convincing evidence that one or more of the following claims of the '713 patent are invalid for failure to satisfy the definiteness requirement?

| | "YES" is a finding for Signet | "NO" is a finding for Zeiss |
|---|---|---|
| Claim 1 | | X |
| Claim 5 | | X |
| Claim 6 | | |
| Claim 7 | | X |
| Claim 8 | | X |

## Inventorship

8.  Has Signet proven by clear and convincing evidence that the '713 patent is invalid due to improper inventorship?

Yes _____        No _____


## WILLFUL INFRINGEMENT

9.     If you answered "yes" for any claim or claims in questions 1 or 2 and answered "no" to questions 3 through 8, has Zeiss proven by clear and convincing evidence that Signet willfully infringed the '713 patent?

    "Yes" is a finding for Zeiss          "No" is a finding for Signet

        Yes _____          No _____

- 4 -

**DAMAGES**

10.    If you answered "yes" for any claim or claims in questions 1 or 2 and answered "no" to questions 3 through 8, what is the amount of damages Signet should pay Zeiss for infringement of the '713 patent?  $ _____

**CALIFORNIA UNFAIR COMPETITION**

11.    Has Signet proven by a preponderance of the evidence that any of the Zeiss entities that are parties to this lawsuit competed unfairly under common law?

"Yes" is a finding for Signet          "No" is a finding for Zeiss

Yes _____                    No _____

If you answered "yes" to question 11, which of the below Zeiss entities has engaged in unfair competition?

_____ Carl Zeiss Vision International GmbH
_____ Carl Zeiss Vision GmbH
_____ Carl Zeiss Vision, Inc.
_____ Carl Zeiss Stiftung
_____ Carl Zeiss AG

12.    If you answered "yes" to question 11, what is the amount of damages Zeiss should pay Signet for engaging in unfair competition?  $ _____

13.    If you answered "yes" to question 11, has Signet proven by clear and convincing evidence that Zeiss acted with malice, oppression, or fraud?

"Yes" is a finding for Signet          "No" is a finding for Zeiss
(Specify Zeiss entity or entities)

Yes _____          No _____

**FEDERAL UNFAIR COMPETITION**

14.    Has Signet proven by a preponderance of the evidence that any of the Zeiss entities that are parties to this lawsuit has violated the Federal Lanham Act?

"Yes" is a finding for Signet          "No" is a finding for Zeiss

1          Yes _____              No ___X____

2     If you answered "yes" to question 14, which of the below Zeiss entities has violated the

3   Federal Lanham Act?

4          _____ Carl Zeiss Vision International GmbH
           _____ Carl Zeiss Vision GmbH
5          _____ Carl Zeiss Vision, Inc.
           _____ Carl Zeiss Stiftung
6          _____ Carl Zeiss AG

7     15.    If you answered "yes" to question 14, what is the amount of damages Zeiss should

8   pay Signet for its violation of the Lanham Act?  $ _____

9

10

11           **INTENTIONAL INTERFERENCE WITH PROSPECTIVE ADVANTAGE**

12    16.    Has Signet proven by a preponderance of the evidence that any of the Zeiss entities

13  which are parties to this lawsuit intentionally interfered with Signet's prospective economic

14  relations?

15         "Yes" is a finding for Signet          "No" is a finding for Zeiss

16         Yes _____              No ___X____

17    If you answered "yes" to question 16, which of the below Zeiss entities has interfered with

18  Signet's prospective economic relations?

19         _____ Carl Zeiss Vision International GmbH
           _____ Carl Zeiss Vision GmbH
20         _____ Carl Zeiss Vision, Inc.
           _____ Carl Zeiss Stiftung
21         _____ Carl Zeiss AG

22    17.    If you answered "yes" to question 16, what is the amount of damages Zeiss should

23  pay Signet for its interference?  $_____

24    18.    If you answered "yes" to question16, has Signet proven by clear and convincing

25  evidence that Zeiss acted with malice, oppression, or fraud?

26         "Yes" is a finding for Signet          "No" is a finding for Zeiss

27         (Specify Zeiss entity or entities)

28         Yes _____              No _____

**IMMUNITY (NOERR-PENNINGTON DEFENSE)**

19.    Has Signet proven by clear and convincing evidence that Zeiss' patent infringement lawsuit was objectively baseless?

        "Yes" is a finding for Signet        "No" is a finding for Zeiss

        Yes _____        No _____

20.    Has Signet proven by clear and convincing evidence that Zeiss' lawsuit was filed in an attempt to harass or interfere indirectly with Signet's business rather than to obtain the relief requested in the lawsuit?

        "Yes" is a finding for Signet        "No" is a finding for Zeiss

        Yes _____        No _____

Dated: _6 – 15 – 10_

                                     _____
                                     Foreperson