| | |
|---|---|
| 1 | RICHARD A. SCHNURR ARDC No. 6181372 |
| | Email:  Richard.Schnurr@Icemiller.com |
| 2 | BRIAN J. LUM ARDC No. 6256315 |
| | Email:  Brian.Lum@Icemiller.com |
| 3 | **ICE MILLER LLP** |
| | 200 West Madison Street, Suite 3500 |
| 4 | Chicago, IL  60606 |
| | Telephone:  (312) 726-1567 |
| 5 | Facsimile:   (312) 726-7102 |
| 6 | JOHN C. WYNNE (Bar No. 83041) |
| | Email: wynne@dsmwlaw.com |
| 7 | DOUGLAS W. LYTLE (Bar No. 178315) |
| | Email: lytle@dsmwlaw.com |
| 8 | KEVIN L. WHEELER (Bar No. 070662) |
| | Email: wheeler@dsmwlaw.com |
| 9 | **DUCKOR SPRADLING METZGER & WYNNE** |
| | A Law Corporation |
| 10 | 3043 4th Avenue |
| | San Diego, California 92103 |
| 11 | (619) 209-3000; (619) 209-3043 fax |
| 12 | Attorneys for Defendant/Counterclaim Plaintiff |
| | SIGNET ARMORLITE, INC. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ZEISS VISION INTERNATIONAL GMBH and CARL ZEISS VISION INC., | CASE NO.: 07 CV 0894 DMS (POR) |
| Plaintiffs, | **SIGNET ARMORLITE'S NOTICE OF MOTION AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OF THAT ZEISS IS NOT ENTITLED TO *NOERR-PENNINGTON* IMMUNITY BASED, HAVING FILED AND CONTINUED ITS 2007 LAWSUIT WITHOUT STANDING AND HAVING ENGAGED IN AN EXTENSIVE PATTERN OF PREJUDICIAL AND BAD FAITH LITIGATION MISCONDUCT; AND FOR A NEW TRIAL AS TO SIGNET ARMORLITE'S LANHAM ACT COUNTERCLAIM [F.R.C.P. 50(b)]** |
| v. | |
| SIGNET ARMORLITE, INC., | |
| Defendant. | |
| | DATE: August 20, 2010 |
| | TIME: 1:30 p.m. |
| | JUDGE: Hon. Dana M. Sabraw |
| | DEPT: Courtroom 10 |
| AND RELATED COUNTERCLAIMS | Action Filed: May 17, 2007 |
| | Trial Date: May 17, 2010 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 20, 2010, at 1:30 p.m. or as soon thereafter as the court may allow, in the above-captioned court, located at 940 Front Street, San Diego, California, the Honorable Dana M. Sabraw presiding, Defendant and Counter-Complainant SIGNET ARMORLITE ("Signet Armorlite"), by its attorneys will and hereby does move, pursuant to Rule 50(b), for judgment as a matter of law that Signet Armorlite's notice and renewed motion for judgment as a matter of law that Zeiss is not entitled to Noerr-Pennington immunity.

This motion is based upon this Notice of Motion and Motion, the facts and arguments supporting Signet Armorlite's motion for judgment as a matter of law contained in the accompanying Memorandum of Points and Authorities in Support of Signet Armorlite's Renewed Motion for Judgment As A Matter of Law that Zeiss Is Not Entitled to Noerr-Pennington Immunity Based, Having Filed And Continued Its 2007 Lawsuit Without Standing And Having Engaged In An Extensive Pattern Of Prejudicial And Bad Faith Litigation Misconduct; And For A New Trial As To Signet Armorlite's Lanham Act Counterclaim, and any and all further evidence that the Court may allow in connection with the consideration of this motion.

Respectfully submitted,

DATED: July 13, 2010

/s/ John C. Wynne
RICHARD A. SCHNURR
BRIAN A. LUM
**ICE MILLER, LLP**

JOHN C. WYNNE
DOUGLAS W. LYTLE
KEVIN L. WHEELER
**DUCKOR SPADLING METZGER & WYNNE**

Attorneys for Defendant and Counterclaim Plaintiff, SIGNET ARMORLITE, Inc.

---

1

SIGNET ARMORLITE'S NOTICE AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW THAT ZEISS IS NOT ENTITLED TO NOERR-PENNINGTON IMMUNITY    07 CV 0894 DMS (POR)
410271.1