# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ZEISS VISION INTERNATIONAL GMBH and CARL ZEISS VISION INC.,,<br><br>    Plaintiffs,<br>  vs.<br>SIGNET ARMORLITE, INC.,<br><br>    Defendant.<br>_____<br>AND ALL RELATED COUNTERCLAIMS. | CASE NO. 07cv0894 DMS (POR)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

A status conference was held on December 13, 2010.  Eric Weisblatt and Samuel Braver appeared on behalf of Plaintiff, and Richard Schnurr and John Wynne appeared on behalf of Defendant.  After consulting with counsel, IT IS HEREBY ORDERED:

1. The retrial of this case shall be held on **March 14, 2011**, at **9:00 a.m.**

2. Motions *in limine* shall be heard on **February 25, 2011, at 1:30 p.m.**  Motions shall be filed on or before **February 11, 2011**, and oppositions to the motions shall be filed on or before **February 18, 2011**.  The Court will not accept reply briefs.

DATED: December 14, 2010

_____
HON. DANA M. SABRAW
United States District Judge