1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **SOUTHERN DISTRICT OF CALIFORNIA**
10

11   CARL ZEISS VISION INTERNATIONAL            CASE NO. 07cv0894 DMS (DHB)
     GMBH and CARL ZEISS VISION INC.,,
12                                              **JUDGMENT**
                                 Plaintiffs,
13        vs.
     SIGNET ARMORLITE, INC.,
14
                                 Defendant.
15   _____
16   AND ALL RELATED COUNTERCLAIMS.
17

18        Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court enters judgment as

19   described herein.  This judgment is entered further to the jury verdicts returned on June 15, 2010, May

20   18, 2011, and March 14, 2012, and in accordance with the Court's January 15, 2010 order granting

21   summary judgment, June 7, 2010 ruling granting judgment as a matter of law, September 13, 2010

22   order granting judgment as a matter of law, November 8, 2010 order granting judgment as a matter

23   of law, September 14, 2011 order on the parties' post-trial motions and December 19, 2011 order on

24   the parties' cross-motions for summary judgment on inequitable conduct.

25   1.      Claim 1 of U.S. Patent No. 6,089,713 is adjudged valid, and literally and willfully infringed.

26   2.      Claim 5 of U.S. Patent No. 6,089,713 is adjudged valid, not literally infringed and willfully

27   infringed under the doctrine of equivalents.

28   3.      Claim 6 of U.S. Patent No. 6,089,713 is adjudged valid, and literally and willfully infringed.

4.      Claim 7 of U.S. Patent No. 6,089,713 is adjudged valid, not infringed and not willfully infringed.

5.      Claim 8 of U.S. Patent No. 6,089,713 is adjudged valid.

6.      On Signet's counterclaim for unenforceability of the '713 Patent on the ground of inequitable conduct, judgment is entered in favor of Carl Zeiss Vision GmbH, Carl Zeiss Vision International GmbH, Carl Zeiss Vision, Inc., Carl Zeiss Stiftung and Carl Zeiss AG.

7.      On Signet's counterclaim for federal unfair competition, judgment is entered in favor of Carl Zeiss Vision GmbH, Carl Zeiss Vision International GmbH, Carl Zeiss Vision, Inc., Carl Zeiss Stiftung and Carl Zeiss AG.

8.      On Signet's counterclaim for common law unfair competition, judgment is entered in favor of Carl Zeiss Vision GmbH, Carl Zeiss Vision International GmbH, Carl Zeiss Vision, Inc., Carl Zeiss Stiftung and Carl Zeiss AG.

9.      On Signet's counterclaim for interference with contractual relations, judgment is entered in favor of Carl Zeiss Vision GmbH, Carl Zeiss Vision International GmbH, Carl Zeiss Vision, Inc., Carl Zeiss Stiftung and Carl Zeiss AG.

10.     On Signet's counterclaim for interference with prospective advantage, judgment is entered in favor of Carl Zeiss Vision GmbH, Carl Zeiss Vision International GmbH, Carl Zeiss Vision, Inc., Carl Zeiss Stiftung and Carl Zeiss AG.

11.     On Signet's counterclaim for violation of the antitrust laws, judgment is entered in favor of Carl Zeiss Vision GmbH, Carl Zeiss Vision International GmbH, Carl Zeiss Vision, Inc., Carl Zeiss Stiftung and Carl Zeiss AG.

12.     On Signet's counterclaim for unfair competition under California Business and Professions Code § 17200, and for the reasons set out in the Court's March 20, 2012 Order to Show Cause, judgment is entered in favor of Carl Zeiss Vision GmbH, Carl Zeiss Vision International GmbH, Carl Zeiss Vision, Inc., Carl Zeiss Stiftung and Carl Zeiss AG.

13.     In light of the decisions set out above, damages in the amount of $684,964 are awarded to Carl Zeiss Vision International GmbH.

/ / /

07cv0894

14.     Any and all post-trial motions shall be filed in accordance with Federal Rules of Civil Procedure 50(b), 54(d)(2)(B) and 59(b).

**IT IS SO ORDERED**.

DATED:  April 17, 2012

_____

HON. DANA M. SABRAW
United States District Judge

- 3 -